UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

HSBC MORTGAGE SERVICES INC

           Plaintiff(s),

  v.

CARMEN OSUNA

           Defendant(s).

No. C 10-00621 LB

**ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM**

Pending before the Court is Defendant's Notice of Removal in the above captioned matter. Upon review of the record in this action, the Court notes that Defendant has not filed a written consent to Magistrate Judge Beeler's jurisdiction. This civil case was randomly assigned to Magistrate Judge Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

    You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Defendant shall inform the Court whether Defendant consents to

Magistrate Judge Beeler's jurisdiction or request reassignment to a United States District Judge for trial. The consent/declination form shall be filed by March 1, 2010.

**IT IS SO ORDERED.**

Dated: February 17, 2010

LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| HSBC MORTGAGE SERVICES INC, | No. C 10-00621 LB |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CARMEN OSUNA, | |
| Defendant(s). | |
| _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____        _____
                                      Signature

                                      Counsel for _____
                                      (Plaintiff, Defendant or indicate "pro se")

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| HSBC MORTGAGE SERVICES INC,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CARMEN OSUNA,<br><br>　　　　Defendant(s).<br>_____/ | No. C 10-00621 LB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.


Dated: _____　　　　　　Signature_____

　　　　　　　　　　　　　　　　　　　　Counsel for _____
　　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")

**UNITED STATES DISTRICT COURT**
For the Northern District of California