UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

HSBC MORTGAGE SERVICES INC

        Plaintiff(s),

  v.

CARMEN OSUNA

        Defendant(s).
_____/

No. C 10-00621 LB

**ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM**

Pending before the Court is Defendant's Motion for Leave to Proceed *In Forma Pauperis* and Plaintiff's Motion to Remand. Upon review of the record in this action, the Court notes that Defendant has not filed a written consent to Magistrate Judge Beeler's jurisdiction. On February 17, 2010, this Court ordered Defendant to file a Consent/Declination form by March 1, 2010. (Dkt. #4.) Defendant has yet to file a consent or declination to this Court's jurisdiction in accordance with that order.

This civil case was randomly assigned to Magistrate Judge Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge

C 10-00621

1  Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same
2  manner as an appeal from any other judgment of a district court.
3      You have the right to have your case assigned to a United States District Judge for trial and
4  disposition.  Accordingly, Defendant shall inform the Court whether Defendant consents to
5  Magistrate Judge Beeler's jurisdiction or request reassignment to a United States District Judge for
6  trial.  The consent/declination form shall be filed by April 16, 2010.
7      **IT IS SO ORDERED.**
8
9  Dated: April 9, 2010

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| HSBC MORTGAGE SERVICES INC, | No. C 10-00621 LB |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CARMEN OSUNA, | |
| Defendant(s). | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____   _____
                                    Signature

                                    Counsel for _____
                                    (Plaintiff, Defendant or indicate "pro se")

C 10-00621                          3

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| HSBC MORTGAGE SERVICES INC, | No. C 10-00621 LB |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| CARMEN OSUNA, | |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

C 10-00621                                      4